# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00254-CV

**In re Epicurean Deli, LLC, A Texas Limited Liability Company; Flying Tomato Pizza Kitchen, Inc., A Texas Corporation; and Denise Trevino, an Individual**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed a motion to dismiss this petition for writ of mandamus. In their motion, they represent that the real party in interest agrees to the dismissal.

We grant the motion and dismiss this petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed:   July 20, 2005